TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00299-CR

James Walker, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT

NO. 0954572, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

PER CURIAM

This is an appeal from an order revoking community supervision. The district court granted
appellant's motion for new trial after notice of appeal was filed but before the record was prepared. There
is no longer an appealable order and this Court is without jurisdiction. See Tex. R. App. P. 32.

The appeal is dismissed.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed for Want of Jurisdiction

Filed: June 19, 1997

Do Not Publish